**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00866-REB-MEH

SAIRA LOSOYA, and
EVA WILLIAMS, individually and on behalf of other similarly situated employees,

    Plaintiffs,

v.

FIRST NLC FINANCIAL SERVICES, LLC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal** [#48], filed August 23, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#48], filed August 23, 2006, is **APPROVED**; and

2. That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 23, 2006, at Denver, Colorado.

                **BY THE COURT:**

                s/ Robert E. Blackburn
                **Robert E. Blackburn
                United States District Judge**